UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MICHAEL A. LAGRONE-BEY,**

    **Plaintiff,**

**v.**                                                     Case No. 5:19cv493-TKW-MJF
**KIM DAVIS, et al.,**

    **Defendants.**
_____/

## **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 7). No objections were filed.[1] Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to pay the filing fee and failure to comply with court orders. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED**, and the Clerk shall close the file.

---

[1] It does not appear that Plaintiff received the Report and Recommendation because the copy mailed to him at his address of record was returned as undeliverable by the postal service. *See* Doc. 8. That does not preclude the Court from entering this Order. Indeed, Plaintiff's failure to keep the Court apprised of his current address is another basis for dismissal because it is tantamount to an abandonment of the case and/or a failure to prosecute.

**DONE and ORDERED** this 22nd day of June, 2020.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**